UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

OLIVIA LEVOY,

    Plaintiff,

CASE NO:  6:14-CV-106

vs.

TYLER JUNIOR COLLEGE,

    Defendant.
_____/

### FINAL ORDER

THIS CAUSE came before consideration of this Court upon the parties Joint Stipulation of Dismissal With Prejudice.

The Court has considered the Stipulation and the pertinent portions of the record, and being otherwise fully advised in the premises it is ORDERED AND ADJUDGED that:

1. This action be and same is hereby dismissed against Defendant with prejudice.
2. The Court shall retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties only.
3. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

**So ORDERED and SIGNED this 30th day of October, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**